[No. 14449-9-I. Division One. October 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
WILEY BROWN, *Defendant,* RANDY FREDERICK
CROASMUN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-02733-7, Robert E. Dixon, J., entered March 8, 1984. *Reversed* and *remanded with instructions* by unpublished opinion per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 14336-1-I. Division One. October 6, 1986.]

TUAN KNIGHT, *Plaintiff,* v. JACK P. PHILLIPS, ET AL,
*Defendants,* PETE CEREZO, ET AL, *Appellants,*
FIRST AMERICAN TITLE INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-08602-9, Arthur E. Piehler, J., entered September 17, 1984. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Cole and Utter, JJ. Pro Tem.

[No. 17977-2-I. Division One. October 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CECIL
EDWARD HALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03910-2, Stephen M. Reilly, J., entered February 19, 1986. *Reversed* and *remanded with instructions* by unpublished per curiam opinion. Now published at 45 Wn. App. 766.